U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

OCT 27 2005

LAWRENCE K. BAERMAN, CLERK
ALBANY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA | **INDICTMENT** |
| v. | Criminal Action No. |
| | 05-CR- 501 FJS |
| **KEON RICHMOND,** | |
| | Vio: 18 U.S.C. § 911 |
| Defendant. | [2 Felony Counts] |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE GRAND JURY CHARGES THAT:

### COUNT 1
false claim of United States citizenship

On or about May 27, 2005, in Ulster County, in the State and Northern District of New York, KEON RICHMOND, the defendant herein and an alien, did knowingly, willfully and falsely represent himself to be a citizen of the United States, to a United States Immigration Inspector.

In violation of Title 18, United States Code, Section 911.

## COUNT 2
### false claim of United States citizenship

On or about June 1, 2005, in Ulster County, in the State and Northern District of New York, KEON RICHMOND, the defendant herein and an alien, did knowingly, willfully and falsely represent himself to be a citizen of the United States, to a United States Immigration Inspector.

In violation of Title 18, United States Code, Section 911.

A TRUE BILL.

*Katey M. White*
FOREPERSON OF THE GRAND JURY

GLENN T. SUDDABY
UNITED STATES ATTORNEY

BY: *[signature]*
EDWARD P. GROGAN
ASSISTANT U.S. ATTORNEY
BAR ROLL #506388