

**U.S. Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 218*　　　　　TEL: (518) 431-0247

*James T. Foley U.S. Courthouse*　　FAX: (518) 431-0249
*Albany, New York  12207-2924*

February 17, 2006

Hon. Frederick J. Scullin, Jr.
Chief, U.S. District Judge
Northern District of New York
100 South Clinton Street
Syracuse, NY 13261

  Re: <u>United States v. Keon Richmond</u>
     <u>            </u>Criminal No. 05-CR-501 (FJS)

Dear Judge Scullin:

 The United States respectfully consents to a hearing on the Motion To Suppress in connection with the above-referenced matter.

 The motion return date is February 24, 2006.

         Respectfully,

         GLENN T. SUDDABY
         UNITED STATES ATTORNEY

     BY: *S/Edward P. Grogan*

        Edward P. Grogan
        Assistant U.S. Attorney
        Bar Roll No. 506388


cc: Paul J. Evangelista, AFPD

The request is granted.  A suppression hearing is set for March 21, 2006 at 10:00am, in Syracuse, New York.

IT IS SO ORDERED:　　　　　　　　　　　　　　　_____
February 17, 2006　　　　　　　　　　　　　　　Frederick J. Scullin, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Court Judge