## WARNING AS TO RIGHTS

File No. A97-519-056

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court, or in any immigration or administrative proceeding.

You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

I have read (or have had read to me) this statement of my rights and I understand what my rights are.

X DECLINED TO SIGN    06-01-2005 11AM    ULSTER, C.F.
(Signature)           (Date and Hour)    (Place)

Michael Polousky, S/A        X S. Kovalius IA
(Immigration Officer Signature)    (Witness Signature)

## WAIVER

I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

X DECLINED TO SIGN    06-01-2005 11AM    ULSTER, C.F.
(Signature)           (Date and Hour)    (Place)

## CERTIFICATION

I HEREBY CERTIFY that the foregoing Warning and Waiver were read by me to the above signatory, that he also read it and has affixed his signature hereto in my presence.

Michael Polousky S/A
(Immigration Officer Signature)

S. Kovalius IA
(Witness Signature)

_____
Interpreter's Signature

_____                                    _____
Interpreter's Signature                                     Language

## INTERVIEW LOG

1. Person interviewed _____ 2. Officer(s) _____
3. Place (exact address and identity of room) _____
4. Date _____
5. Exact Time/place of encounter or arrest _____
6. If transported from place of encounter to interrogation point, show exact time involved. _____
   Note whether interrogation continued during transporting _____
7. Officer making arrest and/or transporting subject _____
8. Time interview began _____ 9. Time subject or suspect advised of right to remain silent and fact any statement could be used against him in court and name of officer furnishing advice _____
10. Time subject advised of right to presence of counsel, retained or appointed and name of officer furnishing advice _____
11. Time questioning concluded _____ 12. Time written statement commenced _____
13. Person preparing statement _____ 14. Time statement completed _____
15. Time statement reviewed by person interviewed _____ 16. Time statement signed _____
17. Record of requests and complaints of subject and actions taken thereon _____

(If additional space required, continue on an attachment.)