UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

Case No. 05-CR-501 (FJS)

KEON RICHMOND,

    Defendant.

CERTIFICATE OF SERVICE

 I hereby certify that on March 9, 2006, I electronically filed the Corrected Government's Memorandum In Opposition To Defendant's Motion, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

 Paul J. Evangelista, Assistant Federal Public Defender at paul.evangelista@fd.org

           EDWARD P. GROGAN/mpc