CIVIL/CRIMINAL NO. 1:05cr501

PRESIDING JUDGE Scullin

CASE TITLE USA v. Keon Richmond

USA list

| EXHIBIT NUMBER | DESCRIPTION AND REMARKS | PROBLEMS | MARKED FOR INDENTIFICATION | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 1 | 5/27/05 Report on interview | | 3/21 | 3/21 | Mortensen |
| 2 | Affidavit (blank) | | | | |
| 3 | 5/27/05 Affidavit | | 3/21 | 3/21 | Mortensen |
| 4 | 7/27/05 Memo | | 3/21 | 3/21 | Mortensen |
| 5 | Rights Warning | | 3/21 | 3/21 | Poloski |
| 6 | 6/1/05 Affidavit | | 3/21 | 3/21 | Poloski |