IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*******************************************

UNITED STATES OF AMERICA

                                  Criminal Action No.
v.                                  05-CR-501 (FJS)

**KEON RICHMOND**,

      Defendant

*******************************************

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Indictment No. 05-CR-501 against **KEON RICHMOND,** the defendant.

The reason(s) for this dismissal are (check one or more):

    ___ Case transferred to another District

    ___ Speedy Trial Act

    ___ Defendant's cooperation

    ___ Insufficient evidence at this time

    _X_ Other: Interests of justice

_____ With respect to this dismissal, defendant (check one):

_____ Consents

_____ Objects

        X   Has not been consulted

_____ This dismissal is without prejudice.

                                                       GLENN T. SUDDABY
                                                       United States Attorney

                                                        *s/Edward P. Grogan*

                                         By:   Edward P. Grogan
                                                        Assistant U.S. Attorney
                                                        Bar Roll No. 506388


_____ Leave of court is granted for the filing of the foregoing dismissal.


Dated:  November 20, 2006
         Syracuse. New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge

2